Exhibit 1

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 2,850,550
Registered June 8, 2004

## TRADEMARK
### PRINCIPAL REGISTER

# KENDRA SCOTT DESIGN

KENDRA SCOTT (UNITED STATES INDIVI-
DUAL)
1102 WEST 6TH STREET, SUITE C
AUSTIN, TX 78703

   FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).

   FIRST USE 2-5-2002; IN COMMERCE 2-5-2002.

   NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "DESIGN" , APART FROM THE
MARK AS SHOWN.

   KENDRA SCOTT, A LIVING INDIVIDUAL, WHO
CONSENTS TO THE USE AND REGISTRATION OF
HER NAME BY KENDRA SCOTT DESIGN, INC.

   SER. NO. 76-524,426, FILED 6-23-2003.

GIANCARLO CASTRO, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

## KENDRA SCOTT

**Reg. No. 3,125,314**

**Registered Aug. 8, 2006**

**New Cert. June 28, 2016**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

SCOTT, KENDRA (UNITED STATES INDIVIDUAL)
3800 N. LAMAR BLVD. SUITE 400
AUSTIN, TX 78756

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 2-5-2002; IN COMMERCE 2-5-2002.

THE NAME "KENDRA SCOTT" IS A LIVING INDIVIDUAL, WHO CONSENTS TO THE USE
AND REGISTRATION OF HER NAME BY KENDRA SCOTT DESIGN, INC.

SER. NO. 76-524,645, FILED 6-23-2003.



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# KENDRA SCOTT

**Reg. No. 4,955,259**

**Registered May 10, 2016**

**Int. Cl.: 18**

**TRADEMARK**

**PRINCIPAL REGISTER**

SCOTT, KENDRA (UNITED STATES INDIVIDUAL)
1400 S CONGRESS AVE A170
AUSTIN, TX 78704

FOR: COSMETIC CARRYING CASES SOLD EMPTY; PURSES; HANDBAGS; WALLETS; TRAIN CASES; TRAVEL CASES; WRISTLET BAGS; TOILETRY BAGS SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 11-14-2014; IN COMMERCE 11-14-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,850,550 AND 3,125,314.

THE NAME "KENDRA SCOTT" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD

SER. NO. 86-730,587, FILED 8-19-2015.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# KENDRA SCOTT

**Reg. No. 4,963,203**

**Registered May 24, 2016**

**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

SCOTT, KENDRA (UNITED STATES INDIVIDUAL)
1400 S CONGRESS AVE A170
AUSTIN, TX 78704

FOR: RETAIL JEWELRY STORE SERVICES; ONLINE RETAIL JEWELRY STORE SERVICES; RETAIL AND ONLINE RETAIL STORE SERVICES FEATURING JEWELRY, JEWELRY BAGS AND CASES, JEWELRY POUCHES, JEWELRY ORGANIZER POUCHES AND ROLLS, COSMETIC CASES, TRAIN CASES, TRAVEL CASES, TOILETRY BAGS SOLD EMPTY, HAND BAGS, AND PURSES; PRESENTATION OF JEWELRY, JEWELRY BAGS AND CASES, JEWELRY POUCHES, JEWELRY ORGANIZER POUCHES AND ROLLS, TRAVEL CASES, TOILETRY BAGS SOLD EMPTY, COSMETIC CASES, TRAIN CASES, HAND BAGS, PURSES, ON COMMUNICATION MEDIA, FOR RETAIL PURPOSES; SALES PROMOTION OF JEWELRY; ADMINISTRATIVE PROCESSING OF PURCHASE ORDERS FOR JEWELRY, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-2005; IN COMMERCE 7-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,850,550 AND 3,125,314.

THE NAME "KENDRA SCOTT" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 86-747,931, FILED 9-4-2015.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# KENDRA SCOTT

**Reg. No. 5,074,644**

**Registered Nov. 01, 2016**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Scott, Kendra (UNITED STATES INDIVIDUAL)
3800 N. Lamar Blvd. Suite 400
Austin, TX 78756

CLASS 3: Nail polish and nail enamel

FIRST USE 8-26-2016; IN COMMERCE 8-26-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3125314, 2850550

The name "KENDRA SCOTT" identifies a living individual whose consent is of record.

SER. NO. 86-730,585, FILED 08-19-2015
NAAKWAMA S ANKRAH, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# KENDRA SCOTT

**Reg. No. 5,233,977**

**Registered Jun. 27, 2017**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Scott, Kendra (UNITED STATES INDIVIDUAL)
3800 N. Lamar Blvd. Suite 400
Austin, TX 78756

CLASS 14: Jewelry; jewelry rolls; cuff links; jewelry cases; jewelry boxes; jewelry organizer cases; jewelry organizer rolls for travel; charms; earlobe support patch for earrings

FIRST USE 2-5-2002; IN COMMERCE 2-5-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3125314, 4963203, 4955259

The name "KENDRA SCOTT" identifies a living individual whose consent is of record.

SER. NO. 87-171,844, FILED 09-14-2016
JOHN E MUCHA, EXAMINING ATTORNEY



Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# KENDRA SCOTT

**Reg. No. 5,807,291**

**Registered Jul. 16, 2019**

**Int. Cl.: 6, 19, 20, 21**

**Trademark**

**Principal Register**

Scott, Kendra (UNITED STATES INDIVIDUAL)
3800 N. Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 6: Decorative boxes made primarily of non-precious metals

FIRST USE 4-00-2017; IN COMMERCE 4-00-2017

CLASS 19: Household décor made primarily of stone and including non-precious metals, namely, decorative boxes; decorative boxes made primarily of stone; household décor made primarily of stone, namely, geodes for display

FIRST USE 4-00-2017; IN COMMERCE 4-00-2017

CLASS 20: Display cases; Display trays for displaying jewelry; Display racks; Display stands; Jewelry organizer displays; Mirrors; Picture frames; Point of purchase displays

FIRST USE 4-00-2017; IN COMMERCE 4-00-2017

CLASS 21: Trays for domestic purposes; dinnerware; beverageware; decorative plates; display trays for household purposes; display trays for domestic purposes

FIRST USE 4-00-2017; IN COMMERCE 4-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4955259, 3125314, 4963203

The name "KENDRA SCOTT" identifies a living individual whose consent is of record.

SER. NO. 87-250,465, FILED 11-29-2016



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# KENDRA SCOTT

**Reg. No. 6,095,882**

**Registered Jul. 07, 2020**

**Int. Cl.: 4**

**Trademark**

**Principal Register**

Kendra Scott (UNITED STATES INDIVIDUAL)
3800 N. Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 4: Candles

FIRST USE 3-28-2018; IN COMMERCE 3-28-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4955259, 3125314, 4963203

The Name "KENDRA SCOTT" identifies a living individual whose consent is of record.

SER. NO. 88-729,306, FILED 12-16-2019





Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# KENDRA SCOTT

**Reg. No. 6,859,996**

**Registered Sep. 27, 2022**

**Int. Cl.: 26**

**Trademark**

**Principal Register**

Kendra Scott (UNITED STATES INDIVIDUAL)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 26: hair clips; hair barrettes; bobby pins; hair bows; hair ribbons; hair slides; hair clamps; hair pins and clips; hair bands

FIRST USE 11-18-2020; IN COMMERCE 11-18-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4955259, 3125314, 4963203

The name "KENDRA SCOTT" identifies a living individual whose consent is of record.

SER. NO. 88-852,338, FILED 03-30-2020





Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# KENDRA SCOTT

**Reg. No. 7,075,523**

**Registered Jun. 06, 2023**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

Scott, Kendra  (UNITED STATES INDIVIDUAL)
3800 N. Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 16: Notebooks; personalized writing journals; blank journals; stationery; greetings cards and postcards; pens; pencils; gift bags; gift boxes; packing materials of paper or cardboard; paper tags; paper gift tags; book marks; stickers; decals; paper napkins; coasters of paper; agendas

FIRST USE 11-15-2019; IN COMMERCE 11-15-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4955259, 3125314, 4963203

The Name "KENDRA SCOTT" identifies a living individual whose consent is of record.

SER. NO. 88-650,022, FILED 10-10-2019



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# KENDRA SCOTT

**Reg. No. 7,157,669**

**Registered Sep. 05, 2023**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Kendra Scott  (UNITED STATES INDIVIDUAL)
3800 North Lamar Blvd., Suite 400
3800 N. Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 21: Reusable stainless steel water bottles sold empty; insulating sleeve holder for beverage cups; insulating sleeve holders for beverage cans; Coasters, not of paper or textile; servingware for serving food and drinks; dishes

FIRST USE 4-00-2017; IN COMMERCE 4-00-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4955259, 3125314, 4963203

The Name "KENDRA SCOTT" identifies a living individual whose consent is of record.

SER. NO. 88-734,142, FILED 12-19-2019

_Katherine Kelly Vidal_

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# KENDRA SCOTT

**Reg. No. 7,311,085**

**Registered Feb. 20, 2024**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Kendra Scott (UNITED STATES INDIVIDUAL)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 14: Watches; parts of watches; watch bands; watch straps; jewelry; jewelry cases; jewelry boxes; jewelry dishes; jewelry charms; key chains; cuff links

FIRST USE 2-5-2002; IN COMMERCE 2-5-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5233977, 2850550, 3125314

SER. NO. 97-140,138, FILED 11-23-2021

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# KENDRA CARES

**Reg. No. 5,614,961**

**Registered Nov. 27, 2018**

**Int. Cl.: 35, 36, 45**

**Service Mark**

**Principal Register**

Scott, Kendra (UNITED STATES INDIVIDUAL)
3800 North Lamar Boulevard, Suite 400
Austin, TEXAS 78756

CLASS 35: Charitable services, namely, coordination of non-monetary contributions to charities and non-profits; promoting public awareness of breast care; retail and online retail jewelry store services; charitable services, namely, coordination of non-monetary contributions to ill people, to the needy and to non-profit organizations

FIRST USE 7-12-2017; IN COMMERCE 7-12-2017

CLASS 36: Charitable fundraising services; administering monetary charitable contributions

FIRST USE 7-12-2017; IN COMMERCE 7-12-2017

CLASS 45: Charitable services, namely, provision of non-monetary contributions in the nature of providing jewelry to charities, non-profits, needy persons, and ill people

FIRST USE 7-12-2017; IN COMMERCE 7-12-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3529344, 3125314, 4963203

The name "KENDRA" identifies a living individual whose consent is of record.

SER. NO. 87-777,766, FILED 01-31-2018



Director of the United States
Patent and Trademark Office

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28, and 50

**United States Patent and Trademark Office**

Reg. No. 3,529,344

Registered Nov. 4, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# Kendra

KENDRA SCOTT DESIGN, INC. (TEXAS COR-
  PORATION)
SUITE 200
1102 WEST 6TH STREET
AUSTIN, TX 78703

  FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).

  FIRST USE 7-21-2008; IN COMMERCE 7-21-2008.

  THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

  OWNER OF U.S. REG. NOS. 2,850,550 AND
3,125,314.

  SN 78-971,410, FILED 9-11-2006.

SUZANNE BLANE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# KS

**Reg. No. 4,927,238**

**Registered Mar. 29, 2016**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

SCOTT, KENDRA (UNITED STATES INDIVIDUAL)
1400 S CONGRESS AVE A170
AUSTIN, TX 78704

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-2004; IN COMMERCE 0-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-730,584, FILED 8-19-2015.

NAAKWAMA ANKRAH, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# Color Bar

**Reg. No. 4,159,941**

**Registered Jun. 19, 2012**

**New Cert. Nov. 20, 2018**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

KENDRA SCOTT, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3800 N. Lamar Blvd. Suite 400
Austin, TEXAS 78756

CLASS 14: Jewelry

FIRST USE 1-31-2009; IN COMMERCE 9-10-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY
PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown:
"COLOR"

SER. NO. 85-248,716, FILED 02-22-2011

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# COLOR BAR

**Reg. No. 5,782,154**

**Registered Jun. 18, 2019**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Kendra Scott, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3800 N. Lamar Blvd. Suite 400
Austin, TEXAS 78756

CLASS 35: Retail and online retail jewelry store services; retail and online retail store services featuring jewelry, jewelry display trees and stands, jewelry bags and cases, jewelry boxes, decorative boxes and tray, jewelry pouches, picture frames, display cases, display stands, display racks, nail polish and nail enamel, point of purchase displays, household décor made primarily of stone and metal, trays for domestic purposes, dinnerware, beverageware, and decorative plates; presentation of jewelry, jewelry display trees and stands, jewelry bags and cases, jewelry boxes, decorative boxes and tray, jewelry pouches, picture frames, display cases, display stands, display racks, nail polish and nail enamel, point of purchase displays, household décor made primarily of stone and metal, trays for domestic purposes, dinnerware, beverageware, and decorative plates, on communication media, for retail purposes; sales promotion of jewelry; administrative processing of purchase orders for jewelry

FIRST USE 1-31-2009; IN COMMERCE 1-31-2009

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4159941

SER. NO. 87-324,259, FILED 02-03-2017

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# #STRIKEAMOOD

**Reg. No. 5,570,678**

**Registered Sep. 25, 2018**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Kendra Scott, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3800 North Lamar Boulevard, Suite 400
Austin, TEXAS 78756

CLASS 35: Retail and online retail store services featuring candles

FIRST USE 3-28-2018; IN COMMERCE 3-28-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-856,149, FILED 03-29-2018



Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# OPTIMIST

**Reg. No. 6,913,854**

**Registered Nov. 29, 2022**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

KENDRA SCOTT, LLC (TENNESSEE LIMITED LIABILITY COMPANY)
3800 NORTH LAMAR BOULEVARD
SUITE 400
AUSTIN, TEXAS 78756

CLASS 14: Jewelry; jewelry dishes; key rings; key chains

FIRST USE 3-18-2021; IN COMMERCE 3-18-2021

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-476,481, FILED 01-20-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office

# JADE BLOSSOM

**Reg. No. 7,289,042**

**Registered Jan. 23, 2024**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Kendra Scott, LLC (TENNESSEE LIMITED LIABILITY COMPANY)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 3: Fragrances; Perfumery

FIRST USE 11-8-2023; IN COMMERCE 11-8-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 97-762,116, FILED 01-20-2023

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# KENDRA SCOTT AMBER AURA

**Reg. No. 7,490,014**

**Registered Aug. 27, 2024**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Kendra Scott  (UNITED STATES INDIVIDUAL)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 3: Fragrances; perfumery

FIRST USE 11-8-2023; IN COMMERCE 11-8-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5074644, 2850550, 4955259

No claim is made to the exclusive right to use the following apart from the mark as shown: "AMBER"

The name KENDRA SCOTT identifies a living individual whose consent is of record.

SER. NO. 97-762,237, FILED 01-20-2023



Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,476,610**

**Registered Aug. 13, 2024**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Kendra Scott  (UNITED STATES INDIVIDUAL)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

Kendra Scott, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 35: Retail store services featuring jewelry; Online retail store services featuring jewelry; Retail store services featuring jewelry, charms, watches, jewelry bags and cases, jewelry boxes, jewelry organizer pouches and rolls, cosmetic cases, travel cases, hand bags, purses, bags, clothing, apparel, outerwear, headwear, footwear, boots, bolo ties, beverageware

FIRST USE 1-17-2023; IN COMMERCE 1-17-2023

The mark consists of the word "Yellow" over the word "Rose" both in stylized font, with a flower design surrounded by marquis shapes connecting the "Y" and "R" in the mark. The words "BY KENDRA SCOTT" appear in smaller font beneath the letters "ose" in "Rose".

OWNER OF U.S. REG. NO. 5233977, 3125314, 4963203

The name, portrait, and/or signature shown in the mark identifies a living individual whose consent to register is made of record.

SER. NO. 97-978,167, FILED 12-02-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,476,611**

**Registered Aug. 13, 2024**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Kendra Scott  (UNITED STATES INDIVIDUAL)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

Kendra Scott, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 25: Clothing, namely, shirts, pants, jeans, shorts, tops, bottoms, and jackets; Footwear; Boots; Shoes; Headwear; Hats; Blazers; Coats; Dresses; Bandanas; Headscarves; Scarves; Neck scarves; Bolo ties

FIRST USE 1-17-2024; IN COMMERCE 1-17-2024

The mark consists of the word "Yellow" over the word "Rose" both in stylized font, with a flower design surrounded by marquis shapes connecting the "Y" and "R" in the mark. The words "BY KENDRA SCOTT" appear in smaller font beneath the letters "ose" in "Rose".

OWNER OF U.S. REG. NO. 5233977, 3125314, 4963203

The name, portrait, and/or signature shown in the mark identifies a living individual whose consent to register is made of record.

SER. NO. 97-978,169, FILED 12-02-2022

*Katherine Kelly Vidal*

**Director of the United States**
**Patent and Trademark Office**





**Reg. No. 7,504,213**

**Registered Sep. 10, 2024**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Kendra Scott  (UNITED STATES INDIVIDUAL)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

Kendra Scott, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 14: Jewelry; Jewelry charms

FIRST USE 1-17-2023; IN COMMERCE 1-17-2023

The mark consists of the word "Yellow" over the word "Rose" both in stylized font, with a flower design surrounded by marquis shapes connecting the "Y" and "R" in the mark. The words "BY KENDRA SCOTT" appear in smaller font beneath the letters "ose" in "Rose".

OWNER OF U.S. REG. NO. 5233977, 3125314, 4963203

The name, portrait, and/or signature shown in the mark identifies a living individual whose consent to register is made of record.

SER. NO. 97-978,305, FILED 12-02-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,489,925**

**Registered Aug. 27, 2024**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Kendra Scott  (UNITED STATES INDIVIDUAL)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 14: Jewelry; jewelry charms

FIRST USE 1-17-2023; IN COMMERCE 1-17-2023

The mark consists of the stylized letters "Y" and "R".

SER. NO. 97-702,503, FILED 12-02-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,489,926**
**Registered Aug. 27, 2024**
**Int. Cl.: 35**
**Service Mark**
**Principal Register**

Kendra Scott  (UNITED STATES INDIVIDUAL)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 35: Retail jewelry store services; online retail jewelry store services; retail store services featuring jewelry, charms, watches, watch straps and watch bands, jewelry bags and cases, jewelry boxes, jewelry dishes, cosmetic cases, travel cases, hand bags, purses, bags, gifts, clothing, apparel, outerwear, headwear, footwear, boots, bolo ties, cuff links, and beverageware; online retail store services featuring jewelry, charms, clothing, apparel and outerwear

FIRST USE 1-17-2023; IN COMMERCE 1-17-2023

The mark consists of the stylized letters "Y" and "R".

SER. NO. 97-702,518, FILED 12-02-2022

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,297,566**

**Registered Mar. 05, 2013**

**New Cert. Jun. 26, 2018**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

KENDRA SCOTT, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3800 N. Lamar Blvd. Suite 400
Austin, TEXAS 78756

CLASS 14: Jewelry

FIRST USE 1-31-2009; IN COMMERCE 9-10-2009

The mark consists of four yellow overlapping circles in a flower-like configuration, with peaks at the outermost point of each circle.

SER. NO. 85-615,070, FILED 05-02-2012

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,838,307**

**Registered Oct. 20, 2015**

**Corrected Oct. 16, 2018**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

KENDRA SCOTT, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3800 N. Lamar Blvd. Suite 400
Austin, TEXAS 78756

CLASS 14: Jewelry; jewelry, namely, key chains, key rings, trinkets or fobs; jewelry cases

FIRST USE 7-00-2011; IN COMMERCE 7-00-2011

The mark consists of heptagon shape consisting of four circles, with peaks at the top of each and overlapping at the bottom.

OWNER OF U.S. REG. NO. 4297566

SER. NO. 86-492,825, FILED 12-30-2014

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,514,030**

**Registered Jul. 10, 2018**

**Corrected Oct. 16, 2018**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

KENDRA SCOTT, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3800 N. Lamar Blvd. Suite 400
Austin, TEXAS 78756

CLASS 35: Retail and online retail jewelry store services; retail and online retail store services featuring jewelry, jewelry display trees and stands, jewelry bags and cases, jewelry pouches, tote bags, hand bags, purses, picture frames, display cases, display stands, display racks, display boards, candle holders, protective cases for wireless mobile devices, nail polish; presentation of jewelry, jewelry display trees and stands, jewelry bags and cases, jewelry pouches, tote bags, hand bags, purses, picture frames, display cases, display stands, display racks, display boards, candle holders, protective cases for wireless mobile devices, nail polish, on communication media, for retail purposes; sales promotion of jewelry; administrative processing of purchase orders for jewelry

FIRST USE 9-1-2011; IN COMMERCE 9-1-2011

The mark consists of four overlapping circles in a flower-like configuration, with peaks at the outermost point of each circle.

OWNER OF U.S. REG. NO. 4297566

SER. NO. 86-485,010, FILED 12-18-2014

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,794,904**

**Registered Jul. 02, 2019**

**Int. Cl.: 20**

**Trademark**

**Principal Register**

Kendra Scott, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3800 N. Lamar Blvd. Suite 400
Austin, TEXAS 78756

CLASS 20: Display cases; Display racks; Display stands; Jewelry organizer displays; Mirrors; Picture frames; Point of purchase displays

FIRST USE 4-00-2017; IN COMMERCE 4-00-2017

The mark consists of a heptagon shape consisting of four circles, with peaks at the top of each and overlapping at the bottom.

OWNER OF U.S. REG. NO. 4297566, 4838307

SER. NO. 87-218,074, FILED 10-27-2016

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,897,934**

**Registered Oct. 29, 2019**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Kendra Scott, LLC (DELAWARE LIMITED LIABILITY COMPANY)
3800 North Lamar Boulevard, Suite 400
Austin, TEXAS 78756

CLASS 3: Nail care preparations; nail polish; nail enamel; cosmetics

FIRST USE 8-26-2016; IN COMMERCE 8-26-2016

The mark consists of four overlapping circles in a flower-like configuration, with peaks at the outermost point of each circle.

OWNER OF U.S. REG. NO. 4838297, 4297566, 4838307

SER. NO. 87-796,386, FILED 02-13-2018

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,047,771**

**Registered May 05, 2020**

**Int. Cl.: 4**

**Trademark**

**Principal Register**

Kendra Scott, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3800 N. Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 4: Candles

FIRST USE 3-28-2018; IN COMMERCE 3-28-2018

The mark consists of four overlapping circles in a flower-like configuration, with peaks at the outermost point of each circle.

OWNER OF U.S. REG. NO. 4838297, 4297566, 4838307

SER. NO. 88-726,280, FILED 12-13-2019



Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,449,812**

**Registered Aug. 10, 2021**

**Int. Cl.: 26**

**Trademark**

**Principal Register**

Kendra Scott, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 26: hair clips; hair barrettes; bobby pins; hair bows; hair ribbons; hair slides; hair clamps; hair pins and clips; hair bands

FIRST USE 11-18-2020; IN COMMERCE 11-18-2020

The mark consists of four overlapping circles in a flower-like configuration, with peaks at the outermost point of each circle.

OWNER OF U.S. REG. NO. 5794904, 4838307, 5897934

SER. NO. 88-850,737, FILED 03-27-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 6,502,600**

**Registered Sep. 28, 2021**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Kendra Scott, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3800 North Lamar Boulevard, Suite 400
Austin, TEXAS 78756

CLASS 18: Beach bags; Cases for keys; Cosmetic carrying cases sold empty; Handbags; Luggage tags; Purses; Reusable shopping bags; Toiletry bags sold empty; Travel bags; Travel cases; Umbrellas; Wallet chains; Wallets; All-purpose carrying bags; All-purpose reusable carrying bags; Carry-all bags

FIRST USE 4-24-2013; IN COMMERCE 4-24-2013

The mark consists of four overlapping circles in a flower-like configuration, with peaks at the outermost point of each circle.

OWNER OF U.S. REG. NO. 4838297, 4297566, 4838307

SER. NO. 87-897,858, FILED 04-27-2018





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,583,825**

**Registered Dec. 07, 2021**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

KENDRA SCOTT, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
3800 NORTH LAMAR BOULEVARD
SUITE 400
AUSTIN, TEXAS 78756

CLASS 21: Trays for domestic purposes; dinnerware; beverageware; decorative plates; display trays for household purposes; display trays for domestic purposes; Coasters, not of paper or textile; serving dishes; cake stands; serving trays; plates; dishes

FIRST USE 4-00-2017; IN COMMERCE 4-00-2017

The mark consists of four overlapping circles in a flower-like configuration, with peaks at the outermost point of each circle.

OWNER OF U.S. REG. NO. 4838297, 4297566, 4838307

SER. NO. 87-897,889, FILED 04-27-2018





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,087,251**

**Registered Jun. 20, 2023**

**Int. Cl.: 16**

**Trademark**

**Principal Register**

KENDRA SCOTT, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
3800 North Lamar Blvd., Suite 400
AUSTIN, TEXAS 78756

CLASS 16: Notebooks; personalized writing journals; blank journals; stationery; greetings cards and postcards; pens; pencils; gift bags; gift boxes; packing materials of paper or cardboard; paper tags; paper gift tags; book marks; stickers; decals; paper napkins; coasters of paper; agendas

FIRST USE 11-15-2019; IN COMMERCE 11-15-2019

The mark consists of four overlapping circles in a flower-like configuration, with peaks at the outermost point of each circle.

OWNER OF U.S. REG. NO. 4838297, 4297566, 4838307

SER. NO. 88-641,263, FILED 10-03-2019



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 7,170,774**

**Registered Sep. 19, 2023**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Kendra Scott, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 14: Watches; watch bands; watch straps; jewelry; jewelry cases; jewelry boxes; jewelry dishes; jewelry charms; cases adapted for holding watches; key chains; cuff links; earlobe support patch for earrings

FIRST USE 4-12-2022; IN COMMERCE 4-12-2022

The mark consists of four overlapping circles in a flower-like configuration, with peaks at the outermost point of each circle.

OWNER OF U.S. REG. NO. 4838297, 4297566, 4838307

SER. NO. 97-140,123, FILED 11-23-2021

*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



# United States of America

## United States Patent and Trademark Office



**Reg. No. 7,225,119**

**Registered Nov. 21, 2023**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

KENDRA SCOTT, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
3800 North Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 25: Clothing, namely, shirts, tops and headwear; bandanas; scarves; hats; caps; headscarves; neck scarves; pocket squares

FIRST USE 12-31-2016; IN COMMERCE 12-31-2016

The mark consists of four overlapping circles in a flower-like configuration, with peaks at the outermost point of each circle.

OWNER OF U.S. REG. NO. 5794904, 4838307, 5897934

SER. NO. 88-899,304, FILED 05-04-2020




Director of the United States
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,838,297**

**Registered Oct. 20, 2015**

**Corrected Nov. 20, 2018**

**Int. Cl.: 14, 18**

**Trademark**

**Principal Register**

KENDRA SCOTT, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
3800 N. Lamar Blvd. Suite 400
Austin, TEXAS 78756

CLASS 14: Jewelry organizer rolls for travel

FIRST USE 4-24-2013; IN COMMERCE 4-24-2013

CLASS 18: Jewelry pouches; cosmetic carrying cases sold empty; purses; handbags; wallets; train cases; wristlet bags

FIRST USE 4-24-2013; IN COMMERCE 4-24-2013

The mark consists of four interlocking hexagons that come together in the middle to form a four-pointed star.

OWNER OF U.S. REG. NO. 4297556

SER. NO. 86-488,304, FILED 12-22-2014

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,486,678**

**Registered Jun. 05, 2018**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Kendra Scott, LLC (DELAWARE LIMITED LIABILITY COMPANY)
3800 North Lamar Boulevard, Suite 400
Austin, TEXAS 78756

CLASS 14: Jewelry

FIRST USE 4-15-2015; IN COMMERCE 4-15-2015

The mark consists of four overlapping incomplete circles in a flower-like configuration, with peaks at the outermost and innermost points of each circle. The inner peaks of the circles overlap to form an open star in the center of the design.

OWNER OF U.S. REG. NO. 4838297, 4838307, 4297566

SER. NO. 87-736,661, FILED 12-28-2017

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,583,790**

**Registered Dec. 07, 2021**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

KENDRA SCOTT, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
3800 NORTH LAMAR BOULEVARD
SUITE 400
AUSTIN, TEXAS 78756

CLASS 35: Retail and online retail jewelry store services; retail and online retail store services featuring jewelry, jewelry display trees and stands, jewelry bags and cases, jewelry boxes, wedding ring boxes, decorative boxes and trays, jewelry pouches, jewelry organizer pouches and rolls, tote bags, cosmetic cases, cosmetics, skin care preparations, nail care preparations, jewelry cleaner, train cases, hand bags, purses, wallets, coin pouches, key chains and charms, clutches, wristlets, leather bags, picture frames, display cases, display stands, display racks, display boards, candles, sunglass chains, nail polish and nail enamel, nail gel, point of purchase displays, household décor made primarily of stone and metal, trays for domestic purposes, dinnerware, beverageware, and decorative plates, cake stands and plates, hair accessories, and household décor; presentation of goods for retail purposes on communication media in the field of jewelry, jewelry display trees and stands, jewelry bags and cases, jewelry boxes, wedding ring boxes, decorative boxes and tray, jewelry pouches, jewelry organizer pouches and rolls, tote bags, cosmetic cases, cosmetics, skin care preparations, nail care preparations, jewelry cleaner, train cases, hand bags, purses, wallets, coin pouches, key chains and charms, clutches, wristlets, leather bags, picture frames, picture frames, display cases, display stands, display racks, display boards, candles, sunglass chains, nail polish and nail enamel, nail gel, point of purchase displays, household décor made primarily of stone and metal, trays for domestic purposes, dinnerware, beverageware, and decorative plates, cake stands and plates, hair accessories, and household décor; sales promotion of jewelry; sales promotion of household décor; administrative processing of purchase orders for jewelry and household décor

FIRST USE 11-9-2012; IN COMMERCE 11-9-2012





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

The color(s) gold and yellow is/are claimed as a feature of the mark.

The mark consists of four gold overlapping circles in a flower-like configuration, with peaks at the outermost point of each circle, all against a square yellow background.

OWNER OF U.S. REG. NO. 4838297, 4297566, 4838307

SER. NO. 87-816,454, FILED 03-01-2018

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,967,469**

**Registered May 31, 2016**

KENDRA SCOTT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1400 S CONGRESS AVE A170
AUSTIN, TX 78704

**Int. Cl.: 14**

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-0-2008; IN COMMERCE 1-0-2008.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A THREE-DIMENSIONAL CONFIGURATION OF AN EARRING.
THE ELEMENTS OF THE MARK CONSIST OF A HAND-DRAWN, OVAL-LIKE SHAPED
STONE WITH SIX ROUNDED POINTS, SURROUNDED BY A RIM OF METAL IMPRESSED
WITH A DOUBLE ROW OF MARQUIS-SHAPED INDENTATIONS. THE STONE IS SET IN
PLACE WITH FOUR PRONGS. THE MATTER SHOWN IN BROKEN LINES IS NOT PART
OF THE MARK AND SERVES ONLY TO SHOW THE POSITION OR PLACEMENT OF THE
MARK.

SEC. 2(F).

SER. NO. 86-601,462, FILED 4-17-2015.

ELLEN B. AWRICH, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,967,470**

**Registered May 31, 2016**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

KENDRA SCOTT, LLC (DELAWARE LIMITED LIABILITY COMPANY)
1400 S CONGRESS AVE A170
AUSTIN, TX 78704

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 1-0-2011; IN COMMERCE 1-0-2011.

THE MARK CONSISTS OF A THREE-DIMENSIONAL CONFIGURATION OF A NECKLACE PENDANT. THE ELEMENTS OF THE MARK CONSIST OF A PENDANT INCLUDING A HAND-DRAWN, OVAL-LIKE SHAPED STONE WITH SIX ROUNDED POINTS, SURROUNDED BY A RIM OF METAL IMPRESSED WITH A DOUBLE ROW OF MARQUIS-SHAPED INDENTATIONS, WITH THE STONE SET IN PLACE BY FOUR PRONGS. HANGING BELOW IS A ROUND METAL TASSEL WITH A SPHERICAL BEAD-TEXTURED METAL TOP, AND DESCENDING TIERS OF FINE CURB CHAIN. THE MATTER SHOWN IN BROKEN LINES IS NOT PART OF THE MARK AND SERVES ONLY TO SHOW THE POSITION OR PLACEMENT OF THE MARK.

SEC. 2(F).

SER. NO. 86-601,470, FILED 4-17-2015.

ELLEN B. AWRICH, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,399,800**

**Registered Feb. 13, 2018**

**Int. Cl.: 14**

**Trademark**

**Principal Register**

Kendra Scott, LLC (DELAWARE LIMITED LIABILITY COMPANY)
3800 N. Lamar Blvd., Suite 400
Austin, TEXAS 78756

CLASS 14: Jewelry

FIRST USE 7-00-2013; IN COMMERCE 7-00-2013

The mark consists of a three-dimensional configuration of jewelry. The elements of the mark consist of a hand-drawn, oval-like shaped stone with six rounded points, surrounded by a rim of metal impressed with a single row of marquis-shaped indentations. The stone is set in place with four prongs.

OWNER OF U.S. REG. NO. 4967469

SEC.2(F)

SER. NO. 87-332,202, FILED 02-10-2017

Director of the United States
Patent and Trademark Office