THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENDRA SCOTT, LLC,<br><br>                                            Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                                            Defendants | Case No. 25-cv-03696<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Jeffrey Cole** |

**Declaration of Jianqing Cai**

I, Jianqing Cai, an authorized representative of Defendant ChangJieWireless (hereafter "we" or "Defendant"), hereby respectfully declare under the penalties of perjury that the following statements are true and correct:

**Introduction**

1. I am above 18 years of age and an authorized representative of the Defendant. I am personally familiar with the statements below.

2. I had this Declaration translated for me into Chinese before I signed. I fully understand the statements in this Declaration and I take full responsibility for the statements in this Declaration as signed by me in English.

**The Accused Product**

3. A screenshot of the accused product from Plaintiff's screenshot evidence (the "accused product") is reproduced below.



**Our Contact with Illinois**

4. Our principal place of business is in China. We have never registered to do business in Illinois. We have no employee or office in Illinois.

5. We have never shipped any accused product to Illinois.

6. We have reviewed Plaintiff's order information in Plaintiff's screenshot evidence, reproduced below.



7. We cancelled this order because we did not want to sell any accused product to Illinois residents. We have never shipped the accused product to Plaintiff, or any other Illinois residents.

## Our Address

8. Our address spelled in pinyin is correctly and publicly shown in our Walmart profile page, and is included in Plaintiff's screenshot evidence. Relevant part of Plaintiff's screenshot evidence is reproduced below.

> **ChangJieWireless**
>
> ⊙ GuangZhouShiZengChengQuNingXiJieDaoBaiShuiCunRongYuanLu11Hao103ang
>
> ✉ Contact seller    📞 (+86) 13178134778

DATED: July 8, 2025

                                                   Respectfully submitted,

                                                   By: 蔡剑清

                                                   Jianqing Cai

                                                   Authorized Representative of ChangJieWireless