# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KENDRA SCOTT, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>ANKER (CHONGQING) IMPORT AND EXPORT TRADING CO., LTD. et al.,<br><br>                Defendants. | Case No. 25-cv-03696<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Jeffrey Cole** |

**PLAINTIFF'S PRELIMINARY RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Kendra Scott, LLC ("Plaintiff" or "Kendra Scott") submits the following preliminary response, without prejudice, in opposition to Defendant ChangJieWireless' (Def. No. 52) ("Defendant") Motion to Dismiss [58] ("Defendant's Motion"), and states as follows.

The Court set a briefing schedule on Defendant's Motion. [61]. In response to Defendant's Motion, on July 10, 2025, Plaintiff filed a motion for jurisdictional discovery, and to stay or extend the briefing schedule [61] on Defendant's Motion ("Plaintiff's Motion"). [65]. The Court set a briefing schedule on Plaintiff's Motion, including an August 22, 2025, ruling date. [69]. However, the Court did not address the original briefing schedule for Defendant's Motion.

As stated in Plaintiff's Motion, without discovery, Plaintiff does not have access to information needed to fully respond to Defendant's Motion. *See generally* [65]. Plaintiff intends to file a full, substantive response to Defendant's Motion once the Court rules on the pending Plaintiff's Motion for jurisdictional discovery.

Dated this 28th day of July 2025.				Respectfully submitted,


								/s/ Justin R. Gaudio
								Amy C. Ziegler
								Justin R. Gaudio
								Luana Faria de Souza
								Rachel M. Ackerman
								Greer, Burns & Crain, Ltd.
								200 W. Madison St. Suite 2100
								Chicago, Illinois 60606
								312.360.0080
								312.360.9315 (facsimile)
								aziegler@gbc.law
								jgaudio@gbc.law
								lfaria@gbc.law
								rackerman@gbc.law

								*Counsel for Plaintiff Kendra Scott, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

                Respectfully submitted,

                /s/ Justin R. Gaudio
                Amy C. Ziegler
                Justin R. Gaudio
                Luana Faria de Souza
                Rachel M. Ackerman
                Greer, Burns & Crain, Ltd.
                200 W. Madison St. Suite 2100
                Chicago, Illinois 60606
                312.360.0080
                312.360.9315 (facsimile)
                aziegler@gbc.law
                jgaudio@gbc.law
                lfaria@gbc.law
                rackerman@gbc.law

                *Counsel for Plaintiff Kendra Scott, LLC*