# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Kendra Scott, LLC v. Schedule A

Case Number: 25-cv-03696

An appearance is hereby filed by the undersigned as attorney for:

"ChangJieWireless"

Attorney name (type or print): Baruch S. Gottesman, Esq.

Firm: Gottesman Legal PLLC

Street address: 11 Broadway, Suite 615

City/State/Zip: New York NY 10004

Bar ID Number: 4480539
(See item 3 in instructions)

Telephone Number: (212) 401-6910

Email Address: baruchgottesman@gmail.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you a member of the court's general bar? | ✔ | |
| Are you a member of the court's trial bar? | | ✔ |
| Are you appearing *pro hac vice*? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.

✔ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 29, 2025

Attorney signature: S/ Baruch S. Gottesman
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023