IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENDRA SCOTT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ANKER (CHONGQING) IMPORT AND EXPORT TRADING CO., LTD., et al., <br><br> Defendants. | Case No. 25-cv-03696 <br><br> **Judge Elaine E. Bucklo** <br><br> **Magistrate Judge Jeffrey Cole** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT
AGAINST DEFENDANT CHANGJIEWIRELESS**

Plaintiff Kendra Scott, LLC ("Plaintiff" or "Kendra Scott") moves this Honorable Court to enter Default and Default Judgment against Defendant ChangJieWireless (Def. No. 52)[1]. In support of this Motion, Plaintiff submits the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

---

[1] On July 23, 2025, the Court entered a Final Judgment Order against the Defendants identified on Schedule A, with the exception for Defendant ChangJieWireless (Def. No. 52). *See* [78]. Entry of an order in the form submitted herein will terminate this case.

Dated this 18th day of November 2025.

Respectfully submitted,

/s/ Luana Faria de Souza
Amy C. Ziegler
Justin R. Gaudio
Luana Faria de Souza
Rachel M. Ackerman
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
lfaria@gbc.law
rackerman@gbc.law

*Counsel for Plaintiff Kendra Scott, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of November 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

/s/ Luana Faria de Souza
Amy C. Ziegler
Justin R. Gaudio
Luana Faria de Souza
Rachel M. Ackerman
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
lfaria@gbc.law
rackerman@gbc.law

*Counsel for Plaintiff Kendra Scott, LLC*